:30

CRIMINAL CAUSE FOR GUILTY PLEA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BEFORE: SEYBERT, J.    DATE: 7/26/2018    TIME: 11:30    JUL 26 2018 ★

DOCKET NUMBER: CR 17-585    TITLE: USA-V-    LONG ISLAND OFFICE

DEFT NAME: HAROLD BENDELL                       DEFT: #1
   X PRESENT ___NOT PRESENT ___IN CUSTODY  X  ON BAIL

   ATTY. FOR DEFT.: STEVEN HARFENIST            C.J.A.
              X PRESENT      NOT PRESENT    X RET

DEFT NAME: BRUCE BENDELL                        DEFT: #2
   X PRESENT ___NOT PRESENT ___IN CUSTODY  X  ON BAIL

   ATTY. FOR DEFT.: SCOTT RESNIK                C.J.A.
              X PRESENT      NOT PRESENT    X RET

A.U.S.A. BURTON RYAN              DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: P. LOMBARDI

_X_  Case called; counsel for all sides present.

_X_  First appearance of defendants.

_X_  Waivers of indictment executed.

_X_  Information filed.

_X_  Defts. enter a plea of guilty to Count 1 of the Information.

_X_  Court finds a factual basis for the pleas.

_X_  Sentence date set for  11/30/2018 at 10:00AM.

_X_  Probation Department notified.

___  Case adjourned to _____ for

_X_  Bail set at   own recognizance

___  Other: